## (January 7, 1965)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. DE GROAT, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. — Decision of this court dated July 14, 1964 (21 A D 2d 965) rescinded, and order entered July 17, 1964, vacated and appeal restored to the calendar. Appellant may serve and file reply brief on or before February 5, 1965, if he be so advised. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.